NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001277
06-FEB-2017
08:07 AM

NO. CAAP-14-0001277

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRENT LOCKWOOD, Appellant-Appellant, v.
STATE OF HAWAI'I, DEPARTMENT OF LABOR AND INDUSTRIAL
RELATIONS EMPLOYMENT SECURITY APPEAL & REFEREES'
OFFICE, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0186(2))

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, Leonard and Reifurth, JJ.)

IT IS HEREBY ORDERED that the Summary Disposition Order filed herein on January 27, 2017, is amended to include page 2, which is attached hereto as Exhibit 1.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agency of the amendment.

An Amended Summary Disposition Order will be filed contemporaneously with this order.

DATED: Honolulu, Hawai'i, February 6, 2017.

Chief Judge

Associate Judge

Associate Judge